

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00282-CV

| | | |
|---|---|---|
| HAROLD MILLER, Appellant | § | On Appeal from the 348th District Court |
| V. | § | of Tarrant County (348-298642-18) |
| | § | July 30, 2020 |
| CONFORMIS, INC. AND JOSEPH BERMAN, Appellees | § | Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that Conformis, Inc. and Joseph Berman shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Wade Birdwell
   Justice Wade Birdwell